# United States District Court
# For The Western District of North Carolina
# Asheville Division

TOMAS ALEGRIA FACUNDO,

       Petitioner,                              JUDGMENT IN A CIVIL CASE

vs.                                        CIVIL CASE NO. 1:10cv78
                                           [CRIMINAL CASE NO. 1:07cr19]

UNITED STATES OF AMERICA,

       Respondent.


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/2/2010 Order.


                                          Signed: June 2, 2010

                                          Frank G. Johns, Clerk
                                          United States District Court